IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN PERRY CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-09-0607-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff is a prisoner who appears *pro se* and whose pleadings are liberally construed. Plaintiff has objected to the Report and Recommendation of Magistrate Judge Bana Roberts, which recommends summary dismissal of this action pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). (Report at doc. no. 5; plaintiff's objections at doc. nos. 6, 7.) The court has reviewed all objected to matters *de novo*. Having completed that review, the court finds that it agrees with the recommendation of the Magistrate Judge, and it further finds that no purpose would be served by any further analysis here. Accordingly, plaintiff's objections to the Report and Recommendation are **DENIED**, and this action is **DISMISSED** for the reasons stated in the Report and Recommendation. Plaintiff's motion for *in forma pauperis* status (doc. no. 2) is **STRICKEN** as moot.

Dated this 6th day of July, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE